Heard in second division, first district, this court at October term, 1941; opinion filed May 14, 1942. Robert McCormick Adams and Max Murdock, for appellants; Einar C. Howard, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Robert L. Hassenauer, Minor, by Leo J. Hassenauer, His Father and Next Friend, Appellee, v. F. W. Woolworth Company, Appellant.

Gen. No. 41,906.

Heard in second division, first district, this court at October term, 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. Ednyfed H. Williams and Edward Thomas O'Brien, for appellant; George E. White, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''